FILED
MAY 15 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8424

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Carlos FELIX-Castro, | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about May 14, 2008, within the Southern District of California, defendant Carlos FELIX-Castro, did knowingly and intentionally import approximately 34.80 kilograms (76.56 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Section 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Renato Gates Special Agent
U. S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 15th DAY OF May 2008.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Carlos FELIX-Castro

## STATEMENT OF FACTS

This complaint is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Renato Gates

On May 14, 2008, at approximately 1752 hours, Carlos FELIX-Castro entered the United States from Mexico at the Calexico, California, West Port of Entry. FELIX-Castro was the driver and sole occupant of a 2008 Nissan Rogue bearing Baja California plate #AHR7881.

Customs & Border Protection Officer (CBPO) B. Von Loesch made contact with FELIX-Castro as he applied for entry into the United States. CBPO Von Loesch received a negative declaration from FELIX-Castro. CBPO Von Loesch noticed FELIX-Castro was avoiding eye contact and instead was looking at a newspaper. FELIX-Castro stated he has owned the Nissan Rogue for approximately one (1) month. FELIX-Castro told CBPO Von Loesch he was going to the mall in Calexico, California. CBPO Von Loesch noticed FELIX-Castro was fidgeting in his seat and continued to avoid eye contact. CBPO Von Loesch opted to refer the vehicle to secondary for further inspection.

CBPO T. Contreras approached the Nissan Rogue and received a negative declaration from the driver, FELIX-Castro. CBPO Contreras noticed a depth discrepancy within the floor of the Nissan Rogue.

CBPO D. Ragsdale approached the Nissan Rogue with his Human/Narcotic Detector Dog (HNDD) and noticed FELIX-Castro to be shifting side to side and was avoiding eye contact. CBPO Ragsdale screened the vehicle with his HNDD and received an alert. CBPO Ragsdale notified CBPO Contreras of the alert to the vehicle.

CBPO Contreras conducted a search of the vehicle which revealed 30 packages concealed within a specially built floor compartment. CBPO Contreras probed one of the packages, producing a white powdery substance, which field-tested positive for cocaine. The approximate weight of the packages was 34.80 kilograms (76.56 pounds) of cocaine.