FILED

2008 MAY 21 PM 3:55

KWIX

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury 08 CR 1633 W

| UNITED STATES OF AMERICA, | ) Criminal Case No. _____ |
|---|---|
| Plaintiff, | ) INDICTMENT |
| v. | ) Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine; |
| CARLOS FELIX-CASTRO, | ) Title 21, U.S.C., Sec. 841(a)(1) - Possession of Cocaine with Intent to Distribute |
| Defendant. | ) |

The grand jury charges:

Count 1

On or about May 14, 2008, within the Southern District of California, defendant CARLOS FELIX-CASTRO did knowingly and intentionally import 5 kilograms and more, to wit: approximately 34.80 kilograms (76.56 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//
//

WMC:fer:Imperial
5/16/08

Count 2

On or about May 14, 2008, within the Southern District of California, defendant CARLOS FELIX-CASTRO did knowingly and intentionally possess, with intent to distribute, 5 kilograms and more, to wit: approximately 34.80 kilograms (76.56 pounds) of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: May 21, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CARLA J. BRESSLER
Assistant U.S. Attorney